# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Amanda Hardin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| ProCollect Services, LLC, | ) | Case No. 4:14-cv-109 |
| | ) | |
| Defendant. | ) | |

On December 23, 2014, plaintiff filed a "Notice of Dismissal with Prejudice." Accordingly, the court **ORDERS** that the above-entitled action be dismissed with prejudice.

Dated this 29th day of December, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court